UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JUST,<br><br>        Plaintiff,<br><br>   v.<br><br>PAT COCHRAN, et al.,<br><br>        Defendants. | No. 2:13-cv-1988 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

/////

1      3.  Plaintiff shall submit, within thirty days from the date of this order, a completed
2 application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result
3 in a recommendation that this action be dismissed without prejudice.

4 DATED: October 4, 2013

                                   _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

AC:ts/md; just1988.3d